Marc Cook
Cook & Kelesis, LTD
517 S. 9th Street
Las Vegas, NV 89101
Tel: (702) 385-3788
Fax: (702) 737-7712

[Additional counsel appearing on signature page]

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL JAFFEY, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>DEL TACO RESTAURANTS, INC., a Delaware corporation,<br><br>Defendant. | Case No.<br><br>**CERTIFICATE OF INTERESTED PERSONS** |

In accordance with Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff Michael Jaffey certifies that he is a natural person. Thus, the disclosure requirements under the Rule are not applicable.

Moreover, pursuant to Civil L.R. 7.1-1, the undersigned, counsel of record for Plaintiff Michael Jaffey, certifies that the following have an interest in the outcome of this case:

Bailus Cook & Kelesis, Ltd. (counsel for Plaintiff and the Class)

Woodrow & Peluso, LLC (counsel for Plaintiff and the Class).

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Dated: October 5, 2017                    Respectfully submitted,

                                          MICHAEL JAFFEY, individually and on behalf of
                                          all others similarly situated,

1

By: /s/ Marc Cook

Marc Cook
Cook & Kelesis, LTD
517 S. 9th Street
Las Vegas, NV 89101
Tel: (702) 385-3788
Fax: (702) 737-7712

Steven L. Woodrow
swoodrow@woodrowpeluso.com*
Patrick H. Peluso
ppeluso@woodrowpeluso.com*
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210

*Counsel for Plaintiff and the Putative Class*

*pro hac vice* admission to be filed