ALVERSON, TAYLOR,
MORTENSEN & SANDERS
LEANN SANDERS, ESQ.
Nevada Bar No. 000390
LIAM O'GORMAN-HOYT, ESQ.
Nevada Bar No.: 014250
6605 Grand Montecito Parkway, Ste. 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
efile@alversontaylor.com

ANDREW L. SATENBERG* (CA Bar No.: 174840)
asatenberg@manatt.com
MATTHEW B. GOLPER* (CA State Bar No.: 275979)
mgolper@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone:   (310) 312-4000
Facsimile:   (310) 312-4224

*Attorneys for Defendant*
*DEL TACO RESTAURANTS, INC.*

ADDITIONAL COUNSEL ON NEXT PAGE

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL JAFFEY, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br>vs.<br><br>DEL TACO RESTAURANTS, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 2:17-CV-02600-JCM-PAL<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Marc Cook
COOK & KELESIS, LTD
517 South 9th Street
Las Vegas, NV 89101
Tel: (702) 385-3788
Fax: (702) 737-7712

Steven L. Woodrow
swoodrow@woodrowpeluso.com*
Patrick H. Peluso
ppeluso@woodrowpeluso.com*
WOODROW & PELUSO, LLC
3900 East Mexico Ave., Suite 300
Denver, CO 80210

*Attorneys for Plaintiff*
MICHAEL JAFFEY, individually
and on behalf of all others similarly situated,

*pro hac vice admission to be filed*

Pursuant to Local Civil Rule 6-1(a), Defendant Del Taco Restaurants, Inc. ("Defendant") and Plaintiff Michael Jaffey ("Plaintiff") (collectively, the "Parties") by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff initiated this action by filing a complaint on October 5, 2017;

WHEREAS, Plaintiff served Defendant with the summons and complaint on October 11, 2017;

WHEREAS, pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, Defendant's current deadline to respond to the complaint is November 1, 2017;

WHEREAS, the Parties have agreed to a 21-day extension of time for Defendant to respond to Plaintiff's Complaint;

WHEREAS, this stipulation and request is being entered into in good faith, and not for reason of delay, in order for the parties to consider and confer regarding Defendant's intention to compel arbitration of Plaintiff's claims on an individual basis;

WHEREAS, this is the first stipulation for an extension of time to respond to Plaintiff's Complaint in this action;

WHEREAS, by entering into this Stipulation, the parties agree that Defendant has not waived its right to bring any motion in response to Plaintiff's claims, and have specifically not waived their right to compel individual arbitration of Plaintiff's claims;

NOW, THEREFORE, the Parties, by their undersigned counsel, hereby stipulate to extend by 21 days, Defendant's deadline to file its response to Plaintiff's Complaint. Defendant shall have up to and including, November 22, 2017, to file a response to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

**[SIGNATURES ON NEXT PAGE]**

| | | |
|---|---|---|
| 1 | Dated this 25th day of October, 2017 | ALVERSON, TAYLOR, MORTENSEN & SANDERS |
| 2 | | |
| 3 | | By: **  /s/ Liam O'Gorman–Hoyt, Esq. |
| 4 | | LEANN SANDERS, ESQ.<br>Nevada Bar No. 000390 |
| 5 | | LIAM O'GORMAN-HOYT, ESQ.<br>Nevada Bar No.: 014250 |
| 6 | | 6605 Grand Montecito Parkway, Ste. 200<br>Las Vegas, NV 89149 |
| 7 | | *Attorneys for Defendant* |
| 8 | | DEL TACO RESTAURANTS, INC. |
| 9 | Dated this 25th day of October, 2017 | COOK & KELESIS, LTD |

By: **  /s/ Marc Cook, Esq.
MARC COOK, ESQ
Nevada Bar No. 224574
517 South 9th Street
Las Vegas, NV 89101
Tel: (702) 385-3788
Fax: (702) 737-7712

*Attorneys for Plaintiff*
MICHAEL JAFFEY, individually
and on behalf of all others similarly situated

** *[Electronic signatures used with permission]*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
PEGGY A. LEEN

DATED:     October 26, 2017

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I hereby certify that I am an employee of ALVERSON, TAYLOR, MORTENSEN & SANDERS and that on the 25th day of October, 2017 I caused to be served via CM/ECF a true and correct copy of **STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**.

Marc Cook, Esq.
COOK & KELESIS, LTD.
517 S. Ninth Street
Las Vegas, NV 89101

Steven L. Woodrow, Esq.
Patrick H. Peluso, Esq.
WOODROW & PELUSO, LLC
3900 East Mexico Avenue, Ste. 300
Denver, CO 80201
*Pro Hac Vice Admission Pending*

*Attorneys for Plaintiff*

_Rosemarie Frederick_
An Employee of ALVERSON, TAYLOR, MORTENSEN & SANDERS

N:\leann.grp\CASES\25154\pleadings\Stipulation to Extend Time to Respond to Complaint.doc

5

LS-25154