Marc Cook
Cook & Kelesis, LTD
517 South 9th Street
Las Vegas, Nevada 89101
Telephone: (702) 385-3788
Facsimile: (702) 737-7712

Steven L. Woodrow
swoodrow@woodrowpeluso.com*
Patrick H. Peluso
ppeluso@woodrowpeluso.com*
WOODROW & PELUSO, LLC
3900 East Mexico Ave., Suite 300
Denver, CO 80210

*Attorneys for Plaintiff*
MICHAEL JAFFEY, individually
and on behalf of all others similarly situated,

(Additional Counsel Appearing on Signature Page)

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL JAFFEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEL TACO RESTAURANTS, INC., a Delaware corporation,<br><br>Defendant. | No. 2:17-CV-02600-JCM-PAL<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO STAY CASE (DKT. 14) AND MOTION TO DISMISS (DKT. 15); [PROPOSED] ORDER** |

1

2  ALVERSON, TAYLOR,
   MORTENSEN & SANDERS
3  LEANN SANDERS, ESQ.
   Nevada Bar No. 000390
4  LIAM O'GORMAN-HOYT, ESQ.
   Nevada Bar No.: 014250
5  6605 Grand Montecito Parkway, Ste. 200
   Las Vegas, NV 89149
6  Telephone: (702) 384-7000
   efile@alversontaylor.com
7
   ANDREW L. SATENBERG* (CA Bar No.: 174840)
8  asatenberg@manatt.com
   MATTHEW B. GOLPER* (CA State Bar No.: 275979)
9  mgolper@manatt.com
   MANATT, PHELPS & PHILLIPS, LLP
10 11355 West Olympic Boulevard
   Los Angeles, CA 90064-1614
11 Telephone:     (310) 312-4000
   Facsimile:     (310) 312-4224
12
   *Attorneys for Defendant*
13 DEL TACO, LLC (erroneously sued as
   DEL TACO RESTAURANTS, INC.)
14
   *pro hac vice petitions pending*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTENSION OF TIME            -2-            CASE NO. 5:17-cv-2600

## **STIPULATION**

Plaintiff Michael Jaffey ("Jaffey") and Defendant Del Taco, LLC (erroneously sued as Del Taco Restaurants, Inc.)("Del Taco") hereby stipulate to the following briefing schedule for Defendant's Motion to Stay (Dkt. 14) and Motion to Dismiss (Dkt. 15):

WHEREAS, on October 5, 2017, plaintiff filed a putative class action complaint against Del Taco.

WHEREAS, on October 26, 2017, pursuant to the parties' Joint Stipulation (Dkt. 5), the Court extend Del Taco's deadline to respond to the complaint by to November 22, 2017 (Dkt. 7).

WHEREAS, on November 21, 2017, Del Taco filed its Motion to Stay (Dkt. 14) and Motioin to Dismiss (Dkt. 15)

WHEREAS, plaintiff's deadline to file his opposition to the Motions is currently December 5, 2017, and Del Taco's deadline to file its reply in support of the Motions is currently December 12, 2017.

WHEREAS, due to the holiday season, the relative complexity of the issues presented, and counsel's pre-existing business commitments, Plaintiff will require additional time to prepare his opposition to both Motions, and Del Taco will require additional time to prepare its reply briefs.

WHEREAS, the parties have agreed to a briefing schedule for the Motion.

WHEREAS, the stipulated briefing schedule agreed upon by the parties will not alter any event or deadline already affixed by Court order.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, SUBJECT TO THE COURT'S APPROVAL, THAT:

1. Plaintiff shall file his opposition to the Motion on or before January 5, 2018.
2. Del Taco shall file its reply in support of the Motion on or before January 26, 2018.

Dated: November 27, 2017                                        Respectfully submitted,

| | | |
|---|---|---|
| 1 | /s/ Marc Cook | /s/ Liam O'Gorman-Hoyt |
| 2 | Marc Cook<br>Cook & Kelesis, Ltd. | LEANN SANDERS<br>Nevada Bar No. 000390 |
| 3 | Nevada Bar No. 224574<br>514 South 9th Street | LIAM O'GORMAN-HOYT<br>Nevada Bar No. 014250 |
| 4 | Las Vegas, NV 89101<br>702-385-3788 | 6605 Grand Montecito Parkway, Ste. 200<br>Las Vegas, NV 89149 |
| 5 | Steven L. Woodrow* | ANDREW L. SATENBERG* |
| 6 | swoodrow@woodrowpeluso.com<br>Patrick H. Peluso* | asatenberg@manatt.com<br>MATTHEW B. GOLPER* |
| 7 | ppeluso@woodrowpeluso.com<br>WOODROW & PELUSO, LLC | mgolper@manatt.com<br>MANATT, PHELPS & PHILLIPS, LLP |
| 8 | 3900 E Mexico Ave., Suite 300<br>Denver, Colorado 80210 | 11355 West Olympic Boulevard<br>Los Angeles, CA 90064-1614 |
| 9 | Tel: 720.213.0675<br>Fax: 303.927.0809 | Telephone:   (310) 312-4000<br>Facsimile:    (310) 312-4224 |
| 10 | *pro hac vice petitions pending | *pro hac vice petitions pending *Attorneys for Defendant* |
| 11 | *Attorneys for Plaintiff* | DEL TACO, LLC (erroneously sued as DEL TACO RESTAURANTS, INC.) |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
JAMES C. MAHAN

DATED: _____