Marc Cook
Cook & Kelesis, LTD
517 South 9th Street
Las Vegas, Nevada 89101
Telephone: (702) 385-3788
Facsimile: (702) 737-7712

Steven L. Woodrow
swoodrow@woodrowpeluso.com*
Patrick H. Peluso
ppeluso@woodrowpeluso.com*
WOODROW & PELUSO, LLC
3900 East Mexico Ave., Suite 300
Denver, CO 80210

*Attorneys for Plaintiff*
MICHAEL JAFFEY, individually
and on behalf of all others similarly situated,

(Additional Counsel Appearing on Signature Page)

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL JAFFEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEL TACO RESTAURANTS, INC., a Delaware corporation,<br><br>Defendant. | No. 2:17-CV-02600-JCM-PAL<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO STAY CASE (DKT. 14) AND MOTION TO DISMISS (DKT. 15); [PROPOSED] ORDER** |

ALVERSON, TAYLOR,
MORTENSEN & SANDERS
LEANN SANDERS, ESQ.
Nevada Bar No. 000390
LIAM O'GORMAN-HOYT, ESQ.
Nevada Bar No.: 014250
6605 Grand Montecito Parkway, Ste. 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
efile@alversontaylor.com

ANDREW L. SATENBERG* (CA Bar No.: 174840)
asatenberg@manatt.com
MATTHEW B. GOLPER* (CA State Bar No.: 275979)
mgolper@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone:     (310) 312-4000
Facsimile:      (310) 312-4224

*Attorneys for Defendant*
DEL TACO, LLC (erroneously sued as
DEL TACO RESTAURANTS, INC.)

***pro hac vice petitions pending***

## **STIPULATION**

Plaintiff Michael Jaffey ("Jaffey") and Defendant Del Taco, LLC (erroneously sued as Del Taco Restaurants, Inc.)("Del Taco") hereby stipulate to the following briefing schedule for Defendant's Motion to Stay (Dkt. 14) and Motion to Dismiss (Dkt. 15):

WHEREAS, on October 5, 2017, plaintiff filed a putative class action complaint against Del Taco.

WHEREAS, on October 26, 2017, pursuant to the parties' Joint Stipulation (Dkt. 5), the Court extend Del Taco's deadline to respond to the complaint by to November 22, 2017 (Dkt. 7).

WHEREAS, on November 21, 2017, Del Taco filed its Motion to Stay (Dkt. 14) and Motioin to Dismiss (Dkt. 15)

WHEREAS, plaintiff's deadline to file his opposition to the Motions is currently December 5, 2017, and Del Taco's deadline to file its reply in support of the Motions is currently December 12, 2017.

WHEREAS, due to the holiday season, the relative complexity of the issues presented, and counsel's pre-existing business commitments, Plaintiff will require additional time to prepare his opposition to both Motions, and Del Taco will require additional time to prepare its reply briefs.

WHEREAS, the parties have agreed to a briefing schedule for the Motion.

WHEREAS, the stipulated briefing schedule agreed upon by the parties will not alter any event or deadline already affixed by Court order.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, SUBJECT TO THE COURT'S APPROVAL, THAT:

1. Plaintiff shall file his opposition to the Motion on or before January 5, 2018.
2. Del Taco shall file its reply in support of the Motion on or before January 26, 2018.

Dated: November 27, 2017                                        Respectfully submitted,

| | |
|---|---|
| /s/ Marc Cook<br>Marc Cook<br>Cook & Kelesis, Ltd.<br>Nevada Bar No. 224574<br>514 South 9th Street<br>Las Vegas, NV 89101<br>702-385-3788<br><br>Steven L. Woodrow*<br>swoodrow@woodrowpeluso.com<br>Patrick H. Peluso*<br>ppeluso@woodrowpeluso.com<br>WOODROW & PELUSO, LLC<br>3900 E Mexico Ave., Suite 300<br>Denver, Colorado 80210<br>Tel: 720.213.0675<br>Fax: 303.927.0809<br><br>*pro hac vice petitions pending<br><br>*Attorneys for Plaintiff* | /s/ Liam O'Gorman-Hoyt<br>LEANN SANDERS<br>Nevada Bar No. 000390<br>LIAM O'GORMAN-HOYT<br>Nevada Bar No. 014250<br>6605 Grand Montecito Parkway, Ste. 200<br>Las Vegas, NV 89149<br><br>ANDREW L. SATENBERG*<br>asatenberg@manatt.com<br>MATTHEW B. GOLPER*<br>mgolper@manatt.com<br>MANATT, PHELPS & PHILLIPS, LLP<br>11355 West Olympic Boulevard<br>Los Angeles, CA 90064-1614<br>Telephone: (310) 312-4000<br>Facsimile: (310) 312-4224<br><br>*pro hac vice petitions pending *Attorneys for Defendant*<br>DEL TACO, LLC (erroneously sued as DEL TACO RESTAURANTS, INC.) |

**IT IS SO ORDERED:**

/s/ James C. Mahan
_____
UNITED STATES DISTRICT JUDGE
JAMES C. MAHAN

DATED: November 29, 2017
_____