Marc Cook
Cook & Kelesis, LTD
517 South 9th Street
Las Vegas, Nevada 89101
Telephone: (702) 385-3788
Facsimile: (702) 737-7712

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
WOODROW & PELUSO, LLC
3900 East Mexico Ave., Suite 300
Denver, CO 80210

*Attorneys for Plaintiff*
MICHAEL JAFFEY, individually
and on behalf of all others similarly situated

(Additional Counsel Appearing on Signature Page)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL JAFFEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEL TACO RESTAURANTS, INC., a Delaware corporation,<br><br>Defendant. | No. 5:17-CV-02600-JCM-PAL<br><br>**JOINT STIPULATION TO CONTINUE HEARING [DKT. NO 39] ON JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DISCOVERY PLAN/SCHEDULING ORDER [DKT NO. 37]; [PROPOSED] ORDER** |

1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

JOINT STIPULATION TO CONTINUE HEARING [DKT. NO 39] ON JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DISCOVERY PLAN/SCHEDULING ORDER [DKT NO. 37]; [PROPOSED] ORDER

ALVERSON, TAYLOR,
MORTENSEN & SANDERS
LEANN SANDERS, ESQ.
Nevada Bar No. 000390
LIAM O'GORMAN-HOYT, ESQ.
Nevada Bar No.: 014250
6605 Grand Montecito Parkway, Ste. 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
efile@alversontaylor.com

ANDREW L. SATENBERG* (CA Bar No.: 174840)
asatenberg@manatt.com
MATTHEW B. GOLPER* (CA State Bar No.: 275979)
mgolper@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone:   (310) 312-4000
Facsimile:   (310) 312-4224

*Attorneys for Defendant*
DEL TACO, LLC (erroneously sued as
DEL TACO RESTAURANTS, INC.)

*Admitted Pro Hac Vice

2

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

JOINT STIPULATION TO CONTINUE HEARING [DKT. NO 39] ON JOINT STIPULATION FOR EXTENSION
OF TIME TO FILE DISCOVERY PLAN/SCHEDULING ORDER [DKT NO. 37]; [PROPOSED] ORDER

## STIPULATION

Plaintiff Michael Jaffey ("Jaffey") and Defendant Del Taco, LLC[1] ("Del Taco") (collectively, the "Parties") hereby submit this Joint Stipulation to Continue the Hearing on the Parties' Joint Stipulation for Extension of Time to File Discovery Plan/Scheduling Order until **Tuesday, February 20, 2018**.

The Parties stipulate and agree that this Joint Stipulation is offered to the Court upon the following grounds, which provide good cause for the requested relief:

WHEREAS, on January 5, 2018, the Parties submitted a Joint Stipulation to Continue the Deadline to file a Discovery Plan/Scheduling Order ("Joint Stipulation to Continue") until 21 days after the Court issues its ruling on the Del Taco's Motions to Stay Proceedings, or in the Alternative, Compel Arbitration and Dismiss the Action. [Dkt No. 37]

WHEREAS, on January 24, 2018, the Court issued an Order setting a Hearing on the Joint Stipulation to Continue for February 6, 2018 at 10:30 am in LV Courtroom 3B before Magistrate Judge Peggy A. Leen (the "Hearing"). [Dkt No. 39]

WHEREAS, lead Counsel for Del Taco, Messrs. Satenberg and Mr. Golper, both have inflexible conflicts during the day and time of the Hearing that will prevent them from appearing.

**NOW THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY STIPULATED AS FOLLOWS:**

In light of counsels' conflict, the parties stipulate to and request that the Court enter an order continuing the February 6, 2018 Hearing until **Tuesday, February 20, 2018**, at 9:45 a.m. in Courtroom 3B.

[SIGNATURES ON NEXT PAGE]

---

[1] Del Taco claims that it has been erroneously sued as Del Taco Restaurants, Inc.

Dated: January 26, 2018                               Respectfully submitted,

/s/ Steven L. Woodrow
Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
WOODROW & PELUSO, LLC
3900 E Mexico Ave., Suite 300
Denver, Colorado 80210
Tel: 720.213.0675
Fax: 303.927.0809

*Attorneys for Plaintiff*

MICHAEL JAFFEY, individually
and on behalf of all others similarly
situated

/s/ Matthew B. Golper
ANDREW L. SATENBERG*
asatenberg@manatt.com
MATTHEW B. GOLPER*
mgolper@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone:    (310) 312-4000
Facsimile:    (310) 312-4224

*Attorneys for Defendant*

DEL TACO, LLC (erroneously sued as
DEL TACO RESTAURANTS, INC.)


**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE
PEGGY A. LEEN

DATED:    January 29, 2018

4

JOINT STIPULATION TO CONTINUE HEARING [DKT. NO 39] ON JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DISCOVERY PLAN/SCHEDULING ORDER [DKT NO. 37]; [PROPOSED] ORDER

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I hereby certify that I am an employee of MANATT PHELPS & PHILLIPS, LLP and that on the 26th day of January 2018, I caused to be served via CM/ECF a true and correct copy of **JOINT STIPULATION TO CONTINUE HEARING [DKT. NO 39] ON JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DISCOVERY PLAN/SCHEDULING ORDER [DKT NO. 37]; [PROPOSED] ORDER.**

Marc Cook, Esq.
COOK & KELESIS, LTD.
517 S. Ninth Street
Las Vegas, NV 89101

Steven L. Woodrow, Esq.
Patrick H. Peluso, Esq.
WOODROW & PELUSO, LLC
3900 East Mexico Avenue, Ste. 300
Denver, CO 80201

*Attorneys for Plaintiff*

ALVERSON, TAYLOR,
MORTENSEN & SANDERS
Leann Sanders, Esq.
Liam O'Gorman-Hoyt, Esq.
6605 Grand Montecito Parkway, Ste. 200
Las Vegas, NV 89149

*Attorneys for Defendant*

_____
Adriana Olivos